IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| CULINARY HEALTH INVESTORS, LLC. <br> DAVID BOLLINGER <br> JOSEPH SHEPARD <br> DAVID LAUB and <br> HENRY S. SMITH REVOCABLE TRUST <br><br> Plaintiffs <br><br> v. <br><br> CULINARY HEALTH INNOVATIONS, LLC, <br> RADIUS BRAND STRATEGIES, LLC., <br> BRUCE SHALETT and <br> SEAN MACPHERSON <br><br> Defendants <br><br> AND DERIVATIVELY FOR <br> CULINARY HEALTH INNOVATIONS, LLC <br><br> v. <br><br> RADIUS BRAND STRATEGIES, LLC <br> BRUCE SHALETT, Individually and <br> SEAN MACPHERSON, Individually | Docket No.: 2:16-cv-00136wks |

**ORDER REMANDING ALL PROCEEDINGS TO STATE COURT**

This matter having been open to the Court on the Motion to Withdraw Contingent Removal and Remand all Proceedings to State Court, and the Court having considered the moving papers, and the objections if any, in good cause appearing, it is hereby

**ORDERED** that the Contingent Removal is withdrawn and this case is remanded to the Bennington Superior Court, however and defendants retain their rights under USCA § 1446(b)(3) if circumstance giving rise to such rights occur.

Dated at Burlington, Vermont this 3rd day of August, 2016.

/s/ William K. Sessions III
William K. Sessions III
United States District Court Judge